# EXHIBIT B

## NOTICE OF TERMINATION

## "BAD BOYS"

To: Paramount Pictures Corporation
5555 Melrose Avenue
Los Angeles, CA 90038
Attn: Legal Department

Columbia Pictures
Sony Pictures Television
Sony Pictures Entertainment Inc.
10202 W. Washington Blvd
Culver City, CA 90232
Attn: Leah Weil, General Counsel

Hollywood Pictures Company
The Walt Disney Company
500 South Buena Vista Street
Burbank, CA 91521
Attn: Legal Department

Jerry Bruckheimer Films
Jerry Bruckheimer Television
1631 Tenth Street
Santa Monica, CA 90404
Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 203(a) of the United States Copyright Act (17 U.S.C. § 203(a)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, George Gallo and Bob Israel, being the authors entitled to terminate transfers pursuant to said statutory provisions, hereby terminate the grant of the transfer of rights under the copyright in and to their original story entitled "Bulletproof Hearts," from which the 1995 motion picture "Bad Boys" was derived, that was made in that certain agreement identified below, and they set forth in connection therewith the following[1]:

1. The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Paramount Pictures Corporation, 5555 Melrose Avenue, Los Angeles, CA 90038; Columbia Pictures, Sony Pictures Television and Sony Pictures Entertainment Inc., 10202 W. Washington Blvd., Culver City, CA 90232; Hollywood Pictures Company and The Walt Disney Company, 500 S. Buena Vista Street, Burbank, CA 91521; Jerry

---

[1] Nothing contained in this notice shall be construed as an admission, waiver or limitation of any right or remedy of George Gallo and/or Bob Israel at law or in equity, with respect to the subject matter hereof, all of which are hereby expressly reserved.

Bruckheimer Films and Jerry Bruckheimer Television, 1631 Tenth Street, Santa Monica, CA 90404. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by First Class Mail, postage pre-paid to the above grantees or successors at the addresses shown.

2. The work to which this Notice of Termination applies is the original story entitled "Bulletproof Hearts" (f.k.a. "Undercovers") (the "Work") written by George Gallo and Bob Israel, in or about the Summer of 1985.[2]

3. This Notice of Termination applies to the grant of all rights under copyright in the Work in the agreement, dated as of September 24, 1985, between Sweet Revenge Productions, Inc. and Bob Israel, on the one hand, and Paramount Pictures Corporation, on the other (including any exhibits, addendums or amendments thereto), which grant was also personally agreed to and signed by George Gallo.[3]

4. The effective date of termination of the grant(s) identified hereinabove shall be June 27, 2022.

5. George Gallo and Bob Israel, as the authors of the Work, are entitled to exercise their termination rights pursuant to 17 U.S.C. § 203(a), as to the grant(s) identified hereinabove. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 203(a).

---

[2] This Notice of Termination applies as well to each and every element of such Work, including the characters therein, and to each and every prior draft or iteration of the Work.

[3] This Notice of Termination also applies to each and every grant or alleged grant of George Gallo and Bob Israel's rights under copyright in and to the Work, including all elements, characters, and/or prior drafts/iterations thereof, that falls within the applicable Termination time window (as such window is defined by 17 U.S.C. § 203(a) and the effective date of this Notice). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant/transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted grant/transfer.

2

Dated: June 26, 2020

TOBEROFF & ASSOCIATES, P.C.

_____
Marc Toberoff

23823 Malibu Road, Suite 50-363
Malibu, California 90265
Tel: (310) 246-3333

As counsel for and on behalf of George Gallo and Bob Israel.