# EXHIBIT C

## NOTICE OF TERMINATION

## "BAD BOYS"

To: Sweet Revenge Productions, Inc.  
132 S. Rodeo Drive  
Beverly Hills, CA 90212  
Attn: Leslie Stevens

Paramount Pictures Corporation  
5555 Melrose Avenue  
Los Angeles, CA 90038  
Attn: Legal Department

Columbia Pictures  
Sony Pictures Television  
Sony Pictures Entertainment Inc.  
10202 W. Washington Blvd  
Culver City, CA 90232  
Attn: Leah Weil, General Counsel

Hollywood Pictures Company  
The Walt Disney Company  
500 South Buena Vista Street  
Burbank, CA 91521  
Attn: Legal Department

Jerry Bruckheimer Films  
Jerry Bruckheimer Television  
1631 Tenth Street  
Santa Monica, CA 90404  
Attn: Legal Department

PLEASE TAKE NOTICE that pursuant to Section 203(a) of the United States Copyright Act (17 U.S.C. § 203(a)) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R. § 201.10, George Gallo, being the author entitled to terminate transfers pursuant to said statutory provisions, hereby terminates the grant of the transfer of rights under the copyright in and to the original story entitled "Bulletproof Hearts," from which the 1995 motion picture "Bad Boys" was derived, that was made in that certain agreement identified below, and he sets forth in connection therewith the following[1]:

1. The names and addresses of the grantees and/or successors in title whose rights are being terminated are as follows: Sweet Revenge Productions, Inc., 132 S. Rodeo Drive,

---

[1] Nothing contained in this notice shall be construed as an admission, waiver or limitation of any right or remedy of George Gallo at law or in equity, with respect to the subject matter hereof, all of which are hereby expressly reserved.

Beverly Hills, CA 90212; Paramount Pictures Corporation, 5555 Melrose Avenue, Los Angeles, CA 90038; Columbia Pictures, Sony Pictures Television and Sony Pictures Entertainment Inc., 10202 W. Washington Blvd., Culver City, CA 90232; Hollywood Pictures Company and The Walt Disney Company, 500 S. Buena Vista Street, Burbank, CA 91521; Jerry Bruckheimer Films and Jerry Bruckheimer Television, 1631 Tenth Street, Santa Monica, CA 90404. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by First Class Mail, postage pre-paid to the above grantees or successors at the addresses shown.

2. The work to which this Notice of Termination applies is the original story entitled "Bulletproof Hearts" (f.k.a. "Undercovers") (the "Work") written by George Gallo and Bob Israel in or about the Summer of 1985.[2]

3. This Notice of Termination applies to the September 23, 1985 grant by George Gallo of his rights under copyright in the Work to Sweet Revenge Productions, Inc. (including any exhibits, addendums or amendments thereto).[3]

4. The effective date of termination of the grant identified hereinabove shall be June 27, 2022.

5. George Gallo, as an author of the Work, is entitled to exercise his termination rights pursuant to 17 U.S.C. § 203(a), as to the grant(s) identified hereinabove. This Notice has been signed by all persons needed to terminate said grant(s) under 17 U.S.C. § 203(a).

---

[2] This Notice of Termination applies as well to each and every element of such Work, including the characters therein, and to each and every prior draft or iteration of the Work.

[3] This Notice of Termination also applies to each and every grant or alleged grant of George Gallo's rights under copyright in and to the Work, including all elements, characters, and/or prior drafts/iterations thereof, that falls within the applicable Termination time window (as such window is defined by 17 U.S.C. § 203(a) and the effective date of this Notice). Every reasonable effort has been made to find and list herein every such grant and/or transfer. Nevertheless, if any such grant/transfer has been omitted, such omission is unintentional and involuntary, and this Notice of Termination also applies to each and every such omitted grant/transfer.

Dated: June 26, 2020					TOBEROFF & ASSOCIATES, P.C.

							_____
							Marc Toberoff

							23823 Malibu Road, Suite 50-363
							Malibu, California 90265
							Tel: (310) 246-3333

							As counsel for and on behalf of George Gallo