KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
SHANNON AMINIRAD (SBN 324780)
shannon.aminirad@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

JORDAN D. SEGALL (SBN 281102)
jordan.segall@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Plaintiff
Columbia Pictures Industries, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GEORGE GALLO, SWEET REVENGE PRODUCTIONS, INC., and ROBERT "BOB" ISRAEL,<br><br>Defendants. | Case No. 2:23-cv-5010<br><br>**CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES**<br><br>[Fed. R. Civ. P. 7.1 and L.R. 7.1-1] |

| | |
|---|---|
| 1 | TO THE COURT, AND TO PARTIES AND THEIR COUNSEL OF |
| 2 | RECORD: |
| 3 | PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure |
| 4 | 7.1, the undersigned, counsel of record for plaintiff Columbia Pictures Industries, |
| 5 | Inc., certifies that the following listed parties may have a pecuniary interest in the |
| 6 | outcome of this case.  These representations are made to enable the Court to |
| 7 | evaluate possible disqualification or recusal. |
| 8 | Columbia Pictures Industries, Inc., is a wholly owned indirect subsidiary of |
| 9 | Sony Group Corporation, a publicly traded company organized under the laws of |
| 10 | Japan.  No other publicly-held corporation owns more than 10% of Sony Group |
| 11 | Corporation's stock. |

DATED:  June 23, 2023                    MUNGER, TOLLES & OLSON LLP


By:        /s/ Kelly M. Klaus
           Kelly M. Klaus
    Attorneys for Plaintiff
    Columbia Pictures Industries, Inc.