KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

JORDAN D. SEGALL (SBN 281102)
jordan.segall@mto.com
ALISON A. DOYLE (SBN 332183)
alison.doyle@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Plaintiff*
*Columbia Pictures Industries, Inc.*

MARC TOBEROFF (SBN 188547)
mtoberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Telephone:     (310) 246-3333
Facsimile:     (310) 246-3103

*Attorney for Defendants George Gallo, Sweet Revenge Productions, Inc. and Robert "Bob" Israel*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GEORGE GALLO, SWEET REVENGE PRODUCTIONS, INC., and ROBERT "BOB" ISRAEL, <br><br> Defendants. | Case No. 2:23-cv-5010-AB-MAA <br><br> **JOINT STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT** <br><br> Judge:  Hon. André Birotte Jr. <br><br> [*Proposed Order filed concurrently*] |

Pursuant to Civil Local Rule 7-1, Plaintiff Columbia Pictures Industries, Inc. ("Plaintiff") and Defendants George Gallo ("Gallo"), Sweet Revenge Productions, Inc. ("Sweet Revenge"), and Robert "Bob" Israel ("Israel") (collectively, "Defendants") (together with Plaintiff, the "Parties"), by and through their respective counsel of record, stipulate as follows:

1. Plaintiff filed its Complaint against Defendants on June 23, 2023.  Dkt. 1.

2. On September 21, 2023, Plaintiff filed proofs of service of summonses on Defendants Sweet Revenge and Israel, as well as a waiver of service of summons executed by Defendant Gallo.  Dkts. 15–17.

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), Defendants Sweet Revenge and Robert Israel's deadline to answer the Complaint is currently October 12, 2023;

4. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii), Defendant George Gallo's deadline to answer the Complaint is currently November 20, 2023;

5. The Parties are currently engaged in settlement discussions;

6. The Parties agree that extending the deadline for Defendants' answer or other response such that the Parties will have additional time to engage in settlement discussions before a responsive pleading or other answer is due, and all Defendants will be required to answer or otherwise respond to the Complaint on the same date, will help promote efficiency;

7. Defendants have requested, and Plaintiff has agreed, that all Defendants shall have through and including November 20, 2023 within which to answer or otherwise respond to the Complaint;

8. There are currently no pending deadlines fixed by Court Order in this matter.

NOW, THEREFORE, the Parties stipulate and agree as follows:

Defendants' deadline for answering the Complaint is extended through and including November 20, 2023.

IT IS SO STIPULATED.

DATED: October 6, 2023             MUNGER, TOLLES & OLSON LLP

By:    */s/ Jordan D. Segall*
      Jordan D. Segall
           Attorneys for Plaintiff

DATED: October 6, 2023             TOBEROFF & ASSOCIATES

By:    */s/ Marc Toberoff*
      Marc Toberoff
           Attorney for Defendants

Pursuant to Central District of California L.R. 5-4.3.4(a)(2)(i), I certify that the other signatories listed, on whose behalf the filing is submitted, concur in the filing's content and have authorized this filing.

By:    */s/ Jordan D. Segall*
      Jordan D. Segall
           Attorneys for Plaintiff