KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

JORDAN D. SEGALL (SBN 281102)
jordan.segall@mto.com
ALISON A. DOYLE (SBN 332183)
alison.doyle@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Plaintiff
Columbia Pictures Industries, Inc.*

MARC TOBEROFF (SBN 188547)
mtoberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Telephone:     (310) 246-3333
Facsimile:     (310) 246-3103

*Attorney for Defendants George Gallo, Sweet Revenge Productions, Inc. and Robert "Bob" Israel*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GEORGE GALLO, SWEET REVENGE PRODUCTIONS, INC., and ROBERT "BOB" ISRAEL, <br><br> Defendants. | Case No. 2:23-cv-05010-AB-MAA <br><br> **[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT** <br><br> Judge:  Hon. André Birotte Jr. |

1  This Court, having read and considered the parties' Joint Stipulation
2  Extending Deadline for Defendants to Answer Plaintiff's Complaint, and for good
3  cause shown, hereby orders that the deadline for all named Defendants to answer or
4  otherwise respond to the Complaint shall be November 20, 2023.
5      IT IS SO ORDERED.
6
7  DATED: _____, 2023
8
9                                          _____
10                                         Hon. André Birotte Jr.