UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GEORGE GALLO, SWEET REVENGE PRODUCTIONS, INC., and ROBERT "BOB" ISRAEL, <br><br> Defendants. | Case No. 2:23-cv-05010-AB-MAA <br><br> [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT <br><br> Judge: Hon. André Birotte Jr. |

The Court, having read and considered the parties' Joint Stipulation Extending Deadline for Defendants to Answer Plaintiff's Complaint, and for good cause shown, hereby **ORDERS** that the deadline for all named Defendants to answer or otherwise respond to the Complaint is November 20, 2023.

**IT IS SO ORDERED**.

DATED: October 13, 2023

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER