UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> GEORGE GALLO; SWEET REVENGE PRODUCTIONS, INC.; and ROBERT "BOB" ISRAEL, <br><br> Defendants. | Case No. 2:23-cv-05010-AB-MAA <br><br> [PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT |

The Court, having reviewed and considered the parties' Joint Stipulation Extending Deadline for Defendants to Answer Plaintiff's Complaint, and for good cause shown, hereby orders that the deadline for all named Defendants to answer or otherwise respond to the Complaint is December 20, 2023.

**IT IS SO ORDERED**.

Dated: November 17, 2023

_____
HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE