KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:     (415) 512-4000
Facsimile:     (415) 512-4077

JORDAN D. SEGALL (SBN 281102)
jordan.segall@mto.com
ALISON A. DOYLE (SBN 332183)
alison.doyle@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

*Attorneys for Plaintiff*
*Columbia Pictures Industries, Inc.*

MARC TOBEROFF (SBN 188547)
mtoberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Telephone:     (310) 246-3333
Facsimile:     (310) 246-3103

*Attorney for Defendants George Gallo, Sweet Revenge Productions, Inc. and Robert "Bob" Israel*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC.,<br><br>        Plaintiff,<br><br>    vs.<br><br>GEORGE GALLO, SWEET REVENGE PRODUCTIONS, INC., and ROBERT "BOB" ISRAEL,<br><br>        Defendants. | Case No. 2:23-cv-5010<br><br>**JOINT STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>Judge:  Hon. André Birotte Jr.<br><br>[*Proposed Order filed concurrently*] |

Pursuant to Civil Local Rule 7-1, Plaintiff Columbia Pictures Industries, Inc. ("Plaintiff") and Defendants George Gallo ("Gallo"), Sweet Revenge Productions, Inc. ("Sweet Revenge"), and Robert "Bob" Israel ("Israel") (collectively, "Defendants") (together with Plaintiff, the "Parties"), by and through their respective counsel of record, stipulate as follows:

1.      Plaintiff filed its Complaint against Defendants on June 23, 2023.  Dkt. 1.

2.      On September 21, 2023, Plaintiff filed proofs of service of summonses on Defendants Sweet Revenge and Israel, as well as a waiver of service of summons executed by Defendant Gallo.  Dkts. 15–17.

3.      Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii), Defendant George Gallo's deadline to answer the Complaint was November 20, 2023. Accordingly, the Parties stipulated to, and the Court entered an order on October 13, 2023, extending the time for all Defendants to answer the Complaint until November 20, 2023.

4.      Subsequently, and in order to facilitate continued settlement discussions, the Parties stipulated to, and the Court entered an order on November 17, 2023, extending the time for all Defendants to answer the Complaint until December 20, 2023.

5.      The Parties have reached an agreement in principle as to the key terms of a settlement of this matter, but require additional time to negotiate a couple related terms and to formalize their anticipated settlement agreement in a written instrument(s).

6.      The Parties agree that extending the current deadline for Defendants' answer or other response such that the Parties will have additional time to finalize a settlement will promote efficiency and the conservation of both the Parties and the Court's resources;

7.      Defendants have requested, and Plaintiff has agreed, that given the intervening holidays all Defendants shall have through and including January 31, 2024, within which to answer or otherwise respond to the Complaint;

8.      There are currently no pending deadlines fixed by Court Order in this matter.

**NOW, THEREFORE**, the Parties stipulate and agree as follows:

Defendants' deadline for answering the Complaint is extended through and including January 31, 2024.

JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER COMPLAINT

1    **IT IS SO STIPULATED.**

2

3    DATED:  December 17, 2023          MUNGER, TOLLES & OLSON LLP

4

5                                       By:   _/s/ Jordan D. Segall_____

6                                             Jordan D. Segall
                                              Attorneys for Plaintiff

7

8    DATED:  December 17, 2023          TOBEROFF & ASSOCIATES

9                                       By:   _/s/ Marc Toberoff_____

10                                            Marc Toberoff
                                              Attorney for Defendants

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28