UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC.,<br><br>Plaintiff,<br><br>v.<br><br>GEORGE GALLO, SWEET REVENGE PRODUCTIONS, INC., and ROBERT "BOB" ISRAEL,<br><br>Defendants. | Case No.: 2:23-cv-05010-AB-MAA<br><br>**[PROPOSED] ORDER EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. André Birotte Jr. |

This Court, having read and considered the parties' Joint Stipulation Extending Deadline for Defendants to Answer Plaintiff's Complaint, and for good cause shown, hereby **ORDERS** that the deadline for all named Defendants to answer or otherwise respond to the Complaint shall be March 1, 2024.

Dated: January 30, 2024

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1