KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:　(415) 512-4000
Facsimile:　(415) 512-4077

JORDAN D. SEGALL (SBN 281102)
jordan.segall@mto.com
ALISON A. DOYLE (SBN 332183)
alison.doyle@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:　(213) 683-9100
Facsimile:　(213) 687-3702

*Attorneys for Plaintiff
Columbia Pictures Industries, Inc.*

MARC TOBEROFF (SBN 188547)
mtoberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Telephone:　(310) 246-3333
Facsimile:　(310) 246-3103

*Attorney for Defendants George Gallo, Sweet Revenge Productions, Inc. and Robert "Bob" Israel*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC.,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GEORGE GALLO, SWEET REVENGE PRODUCTIONS, INC., and ROBERT "BOB" ISRAEL,<br><br>　　　　Defendants. | Case No. 2:23-cv-5010<br><br>**JOINT STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT**<br><br>Judge: Hon. André Birotte Jr.<br><br>[*Proposed Order filed concurrently*] |

Pursuant to Civil Local Rule 7-1, Plaintiff Columbia Pictures Industries, Inc. ("Plaintiff") and Defendants George Gallo ("Gallo"), Sweet Revenge Productions, Inc. ("Sweet Revenge"), and Robert "Bob" Israel ("Israel") (collectively, "Defendants") (together with Plaintiff, the "Parties"), by and through their respective counsel of record, stipulate as follows:

1. Plaintiff filed its Complaint against Defendants on June 23, 2023. Dkt. 1.

2. On September 21, 2023, Plaintiff filed proofs of service of summonses on Defendants Sweet Revenge and Israel, as well as a waiver of service of summons executed by Defendant Gallo. Dkts. 15–17.

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii), Defendant George Gallo's deadline to answer the Complaint was November 20, 2023.

4. In stipulations and orders by the Court, the time for all Defendants to answer the Complaint has been extended, the last by a January 30, 2024 order, extending the time for all Defendants to respond until April 1, 2024.

5. The Parties have reached an agreement in principle for all the material terms of a settlement of this matter. However, due to the unavailability of persons whose participation and approval is necessary to approve drafts of the settlement agreement additional time is needed to formalize the settlement in writing.

6. The Parties agree that extending the current deadline for Defendants to respond to the Complaint so that the Parties have additional time to finalize their settlement will promote efficiency and the conservation of both the Parties and the Court's resources;

7. Defendants have therefore requested, and Plaintiff has agreed, that all Defendants shall have through and including May 1, 2024, within which to answer or otherwise respond to the Complaint;

8. There are currently no pending deadlines fixed by Court Order in this matter.

**NOW, THEREFORE**, the Parties stipulate and agree as follows:

Defendants' deadline for answering the Complaint is extended through and including May 1, 2024.

**IT IS SO STIPULATED.**

-1-
JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER COMPLAINT

| | | |
|---|---|---|
| DATED: March 26, 2024 | | MUNGER, TOLLES & OLSON LLP |
| | By: | */s/ Jordan D. Segall* |
| | | Jordan D. Segall |
| | | Attorneys for Plaintiff |
| DATED: March 26, 2024 | | TOBEROFF & ASSOCIATES |
| | By: | */s/ Marc Toberoff* |
| | | Marc Toberoff |
| | | Attorney for Defendants |

-2-
JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO ANSWER COMPLAINT

## SIGNATURE ATTESTATION

Pursuant to CACD Local Rule 5-4.3.4(a)(2)(i), I certify that I have obtained authorization to file this document from the other signatories to this document and that all other signatories have authorized placement of their electronic signature on this document.

DATED: February 27, 2024         TOBEROFF & ASSOCIATES

                                                 By:   */s/ Marc Toberoff*
                                                             Marc Toberoff
                                                             Attorney for Defendants