KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone: (415) 512-4000
Facsimile: (415) 512-4077

JORDAN D. SEGALL (SBN 281102)
jordan.segall@mto.com
ALISON A. DOYLE (SBN 332183)
alison.doyle@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Plaintiff
Columbia Pictures Industries, Inc.*

MARC TOBEROFF (SBN 188547)
mtoberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES
23823 Malibu Road, Suite 50-363
Malibu, California 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3103

*Attorney for Defendants George Gallo,
Sweet Revenge Productions, Inc. and
Robert "Bob" Israel*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GEORGE GALLO, SWEET REVENGE PRODUCTIONS, INC., and ROBERT "BOB" ISRAEL, <br><br> Defendants. | Case No. 2:23-cv-5010 <br><br> **JOINT STIPULATION EXTENDING DEADLINE FOR DEFENDANTS TO ANSWER PLAINTIFF'S COMPLAINT** <br><br> Judge: Hon. André Birotte Jr. <br><br> [*Proposed Order filed concurrently*] |

Pursuant to Civil Local Rule 7-1, Plaintiff Columbia Pictures Industries, Inc. ("Plaintiff") and Defendants George Gallo ("Gallo"), Sweet Revenge Productions, Inc. ("Sweet Revenge"), and Robert "Bob" Israel ("Israel") (collectively, "Defendants") (together with Plaintiff, the "Parties"), by and through their respective counsel of record, stipulate as follows:

1. Plaintiff filed its Complaint against Defendants on June 23, 2023. Dkt. 1.

2. On September 21, 2023, Plaintiff filed proofs of service of summonses on Defendants Sweet Revenge and Israel, as well as a waiver of service of summons executed by Defendant Gallo. Dkts. 15–17.

3. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii), Defendant George Gallo's deadline to answer the Complaint was November 20, 2023.

4. In stipulations and orders by the Court, the time for all Defendants to answer the Complaint has been extended, the last by a March 29, 2024 order, extending the time for all Defendants to respond until May 1, 2024.

5. The Parties have reached an agreement in principle as to the key terms of a settlement of this matter and have nearly completed drafting the settlement agreement as well. However, given that further discussion regarding the final drafting details of the settlement agreement is still needed, and the intervening Passover holiday this week, the settlement agreement will not be finalized and executed by the May 1, 2024 deadline, and Defendants would be forced to anticipatorily file an answer and counterclaims, defeating the purpose of settlement. As such, additional time is needed to finalize the settlement.

6. The Parties agree that extending the current deadline for Defendants to respond to the Complaint so that the Parties have additional time to finalize their settlement will promote efficiency and the conservation of both the Parties and the Court's resources;

7. Defendants have therefore requested, and Plaintiff has agreed, that all Defendants shall have through and including May 13, 2024, within which to answer or otherwise respond to the Complaint;

8. There are currently no pending deadlines fixed by Court Order in this matter.

**NOW, THEREFORE**, the Parties stipulate and agree as follows:

Defendants' deadline for answering the Complaint is extended through and including May 13, 2024.

**IT IS SO STIPULATED.**

DATED: April 24, 2024          MUNGER, TOLLES & OLSON LLP

                               By:    */s/ Jordan D. Segall*
                                      Jordan D. Segall
                                      Attorneys for Plaintiff

DATED: April 24, 2024          TOBEROFF & ASSOCIATES

                               By:    */s/ Marc Toberoff*
                                      Marc Toberoff
                                      Attorney for Defendants

# SIGNATURE ATTESTATION

Pursuant to CACD Local Rule 5-4.3.4(a)(2)(i), I certify that I have obtained authorization to file this document from the other signatories to this document and that all other signatories have authorized placement of their electronic signature on this document.

DATED: April 24, 2024        TOBEROFF & ASSOCIATES

By:     */s/ Marc Toberoff*
              Marc Toberoff
              Attorney for Defendants