1

2

3

4

5

6

7    UNITED STATES DISTRICT COURT

8    CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

9

10   COLUMBIA PICTURES
     INDUSTRIES, INC.,

11                    Plaintiff,

12        vs.

13   GEORGE GALLO, SWEET
     REVENGE PRODUCTIONS, INC.,
14   and ROBERT "BOB" ISRAEL,

15                    Defendants.

16

Case No. 2:23-cv-5010

**[PROPOSED] ORDER
EXTENDING DEADLINE FOR
DEFENDANTS TO ANSWER
PLAINTIFF'S COMPLAINT**

Judge:  Hon. André Birotte Jr.

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

This Court, having read and considered the parties' Joint Stipulation Extending Deadline for Defendants to Answer Plaintiff's Complaint, and for good cause shown, hereby orders that the deadline for all named Defendants to answer or otherwise respond to the Complaint shall be May 13, 2024.

**IT IS SO ORDERED.**

DATED: _____, 2024         _____

                                                              Hon. André Birotte Jr.
                                                              U.S. District Court Judge