KELLY M. KLAUS (SBN 161091)
kelly.klaus@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105-2907
Telephone:   (415) 512-4000
Facsimile:   (415) 512-4077

JORDAN D. SEGALL (SBN 281102)
jordan.segall@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, 50th Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Plaintiff*
*Columbia Pictures Industries, Inc.*

Marc Toberoff (sbn #188547)
mtoberoff@toberoffandassociates.com
TOBEROFF & ASSOCIATES, P.C.
23823 Malibu Road, Suite 50-363
Malibu, CA 90265
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

*Attorneys for Defendants George Gallo,*
*Sweet Revenge Productions, Inc., and*
*Robert Israel*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., <br><br> Plaintiff, <br><br> vs. <br><br> GEORGE GALLO, SWEET REVENGE PRODUCTIONS, INC., and ROBERT "BOB" ISRAEL, <br><br> Defendants. | Case No. 2:23-cv-05010-AB-MAA <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)** |

51988232.1

STIPULATION OF DISMISSAL

1    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and in light of a

2  settlement between the parties, Plaintiff Columbia Pictures Industries, Inc. and

3  Defendants George Gallo, Sweet Revenge Productions, Inc., and Robert "Bob"

4  Israel hereby stipulate to the dismissal with prejudice of this action.  The parties

5  shall bear their own attorney's fees and costs.

6

7  DATED:  June 14, 2024              MUNGER, TOLLES & OLSON LLP

8

9                                   By:      /s/ Kelly M. Klaus

10                                          KELLY M. KLAUS
                                           Attorneys for Plaintiff
11                                         Columbia Pictures Industries, Inc.

12

13  DATED:  June 14, 2024              TOBEROFF & ASSOCIATES, P.C.

14

15                                   By:      /s/ Marc Toberoff

16                                          MARC TOBEROFF
                                           Attorneys for Defendants George Gallo,
17                                         Sweet Revenge Productions, Inc., and
                                           Robert "Bob" Israel
18

19

20

21

22

23

24

25

26

27

28

51988232.1

-1-

STIPULATION OF DISMISSAL

1

## SIGNATURE ATTESTATION

2      Pursuant to Central District of California Local Rule 5-4.3.4(a)(2)(i), I hereby

3 attest that all of the signatories listed above, and on whose behalf this Stipulation is

4 submitted, concur in the filing's content and have authorized the filing.

5

6 DATED:  June 14, 2024          TOBEROFF & ASSOCIATES, P.C.

7

8                                              By:    _/s/ Marc Toberoff_

9                                                     MARC TOBEROFF
                                                      Attorneys for Defendants George Gallo,
10                                                    Sweet Revenge Productions, Inc., and
                                                      Robert "Bob" Israel
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28